# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>700 W. 6th Street, Urich, Henry County, Missouri,<br>more fully described in Attachment A. | )<br>)<br>) Case No.   17-SW-316-SWH<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   **Western**   District of   **Missouri**
*(identify the person or describe the property to be searched and give its location)*:

700 W. 6th Street, Urich, Henry County, Missouri more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Items more fully described in Attachment B, related to the making a threat by the use of the mail, telephone, telegraph or other instrument of interstate or foreign commerce, in violation of 18 U.S.C. Section 844(e).

**YOU ARE COMMANDED** to execute this warrant on or before   **November 30, 2017**   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   **Chief U.S. Magistrate Judge Sarah W. Hays**   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   11/16/2017 2:36 pm                                   *(signed) Sarah W. Hays*
                                                                                                         *Judge's signature*

City and state:   Kansas City, Missouri                                         Chief U.S. Magistrate Judge
                                                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>17-SW-316-SWH | Date and time warrant executed:<br>11-30-2017 | Copy of warrant and inventory left with:<br>left at Residence |
| Inventory made in the presence of :<br>Task Force officer Charles Roct | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>- See attached sheet. | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-30-17

*Executing officer's signature*

Stacy Moore / Special Agent
*Printed name and title*

<u>Items Seized at 700 W. 6th Street, Urich, Missouri</u>

<u>Case Number17-SW-316-SWH</u>

- Two 4.5 x 8.5 loaf pans
- One Book titled "The Apocrypha"
- One Shovel, "Do It Best" brand
- One Zerek bottle containing blue/green liquid and rag
- One Dell Inspirion 15-inch laptop, S/N F7H7B12
- One Samsung cellular telephone, model SM-J327P, S/N 089162138401585513
- One RCA tablet, model RCT6873W42KC, S/N GPFJ1Z6708M2
- One SanDisk Cruzer 64GB thumb drive
- One Seagate 1TB external hard drive, S/N NA7N219S
- One Adata external hard drive, S/N G500120139880C
- One Lenovo laptop model 80TJ, S/N PF0RM1XS